AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 17 2020

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Olga MACIAS-SALDANA (YOB: 1992) MEX<br>Edmundo ALVAREZ-FLORES (YOB: 1989) MEX | ) ) ) ) ) | Case No. M-20-0121-M |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 16, 2020__ in the county of __Hidalgo__ in the
__Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846<br>21 USC 841 | Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Methamphetamine, approximately 486 grams, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I)

☑ Continued on the attached sheet.

Approved AUSA Mike Mitchell
1/17/20

_Complainant's signature_

Kevin Sincerbox, DEA Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: January 17, 2020
8:45 am

_Judge's signature_

City and state: McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
_Printed name and title_

# ATTACHMENT 1

1. On January 16, 2020, Drug Enforcement Administration (DEA) Special Agents of McAllen District Office monitored a recorded phone call between an Undercover (UC) HIDTA Agent and Olga MACIAS-SALDANA. During the calls MACIAS agreed to sell the UC one (1) kilogram of methamphetamine for three thousand one hundred dollars ($3,100.00) United States currency. Later, UC and MACIAS agreed to conduct the transaction in McAllen, Texas.
2. DEA Special Agents established surveillance at the meet location and continued to monitor the phone calls and messages between the UC and MACIAS.
3. Soon thereafter, DEA Special Agents observed Edmundo ALVAREZ-FLORES and MACIAS arrive and park one spot west of the UC. ALVAREZ was driving the vehicle and MACIAS was in the front passenger seat.
4. Upon meeting with the UC, DEA Special Agents observed MACIAS place a shoebox containing suspected methamphetamine in the trunk of the UC's vehicle.
5. DEA Special Agents then arrested MACIAS and ALVAREZ. Agents found a .40 Caliber Smith & Wesson semi-automatic pistol directly next to ALVAREZ, easily accessible, in between the driver's seat and the center console of the vehicle. It was determined that ALVAREZ was illegally present in the United States and was prohibited from possessing firearms.
6. DEA Special Agents discovered approximately 486 grams of suspected methamphetamine in the trunk of the Undercover Agent's vehicle, where DEA Special Agent's witnessed MACIAS place it. The suspected methamphetamine field tested positive for the characteristics of methamphetamine.
7. In subsequent post arrest interviews, both MACIAS and ALVAREZ admitted that they knowingly delivered methamphetamine to the UC.